UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PATRICK MICHAUD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRECT FUNDING NOW, LLC and )<br>CHRISTIAN MURILLO, )<br>)<br>Defendants. ) | Civil Action No. 23-CV-12160-AK |

### SETTLEMENT ORDER OF DISMISSAL

**A. KELLEY, D.J.**

The Court having been advised on October 24, 2023, that the above-entitled action has been settled:

It is hereby **ORDERED** that this action is hereby **DISMISSED** without costs and without prejudice to the right of any party, upon good cause shown, to re-open the action within thirty (30) days if settlement is not consummated.

Dated: October 27, 2023                                                                By the Court,

                                                                                                        /s/ Miguel Lara
                                                                                                        Deputy Clerk